## 51312. WILLIAMS et al. v. REGENT MOTEL CORPORATION.

PANNELL, Presiding Judge.

On a hearing had upon a petition to confirm a sale under power contained in a security deed, the evidence was sufficient to authorize a finding the price bid by the mortgagee was grossly inadequate, in relation to the market value of the property. The trial judge refused to confirm the sale and ordered a resale. It is to this latter portion of the order; that is, ordering a resale, that is the matter of complaint by the appellant on this appeal. The appellant is the endorser of the note for which the deed foreclosed was given to secure. *Held:*

The inadequacy of price is sufficient cause for the exercise of the trial court's discretion in setting aside the sale. *Davie v. Sheffield,* 123 Ga. App. 228 (180 SE2d 263). That decision answers all the arguments advanced by the appellant.

*Judgment affirmed. Quillian and Clark, JJ., concur.*

ARGUED OCTOBER 9, 1975 — DECIDED JANUARY 5, 1976.

*Divine & Wilkin, Walter M. Deriso,* for appellants.
*Black & Black, Eugene C. Black, Jr., B. D. Jones,* for appellee.